**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOSIE BELANGER, as guardian of the person and estate of JOSEPH MAGEE,<br><br>        Plaintiff,<br><br>vs.<br><br>CARGO SOLUTION EXPRESS INC., SHARIF CHOWDHURY, BALWINDER K. KANG and NATIONAL BENEFIT SERVICES, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:22-cv-002092-JMS-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants Cargo Solution Express Inc. ("Cargo"), Sharif Chowdhury ("Chowdhury") and Balwinder K. Kang ("Kang") (collectively, "Defendants"), by counsel, pursuant to the Case Management Plan [Dkt. No. 27], hereby file their Preliminary Witness and Exhibit Lists that may be relied upon by Plaintiff Josie Belanger ("Plaintiff"), at the trial setting in the action, other than witnesses and exhibits to be used for the purposes of impeachment or rebuttal, as follows:

**I.      Preliminary List of Witnesses:**

1.      Defendant Chowdhury;

2.      Defendant Kang;

3.      Jessica Minster, employee of Defendant Cargo;

4.      Kamya Sharma, employee of Defendant Cargo;

5.      As yet unidentified additional agents, representatives, and/or employees of Defendant Cargo;

6.    As yet unidentified agents, representatives, and/or employees of Defendant National Benefit Services, LLC ("NBS");

7.    Plaintiff Josie Belanger;

8.    Joseph Magee ("Mr. Magee"), or a representative of Mr. Magee's estate;

9.    Any and all testifying experts identified by either party to this matter;

10.    Any witnesses needed for rebuttal or impeachment;

11.    Any and all individuals identified in discovery responses or pleadings in this matter;

12.    Any and all witnesses needed for authentication of exhibits being entered into evidence by Defendants in this matter;

13.    Any witnesses listed by NBS on its Preliminary Witness List (if such list is filed) or Final Witness List, and in its Fed. R. Civ. P. 26 Initial Disclosures; and

14.    Any witnesses listed by Plaintiff on her Preliminary Witness List (if such list is filed) or Final Witness List, and in her Fed. R. Civ. P. 26 Initial Disclosures.

In the event that it is subsequently determined that other or additional witnesses will be called to testify for Defendants, other than for purposes of impeachment or rebuttal, Plaintiff will be so advised.  Defendants hereby reserve the right to add to or otherwise amend the foregoing list of witnesses.

## II.    **Preliminary List of Exhibits**:

1.    Any and all documents related to Cargo's group health insurance plan, including all correspondence regarding Mr. Magee's coverage under the Consolidated Omnibus Budget Reconciliation Act ("COBRA");

2.    Any and all medical records of Mr. Magee;

3.    Any and all employment records of Mr. Magee;

2

4.      Any and all telephone and email records regarding Mr. Magee's insurance coverage and/or personal belongings;

5.      Any and all records regarding Mr. Magee's personal belongings referenced in Plaintiff's Complaint;

6.      The COBRA Event Letter referenced in rhetorical Paragraph 34 of Plaintiff's Complaint;

7.      Any and all correspondence, including emails, between the parties to this matter;

8.      All discovery responses and all documents produced in response to any discovery request (including any non-party discovery);

9.      Any and all deposition transcripts and exhibits thereto taken in this action;

10.     Any and all reports generated by testifying expert witnesses in this matter;

11.     Any and all written witness statements;

12.     All pleadings and other documents filed or served in this matter;

13.     Any and all documents listed by NBS on its Preliminary Exhibit List (if such list is filed) or Final Exhibit List, and in its Fed. R. Civ. P. 26 Initial Disclosures; and

14.     Any and all documents listed by Plaintiff on her Preliminary Exhibit List (if such list is filed) or Final Exhibit List, and in her Fed. R. Civ. P. 26 Initial Disclosures.

In the event that it is subsequently determined that other or additional exhibits will be used by Defendants, other than for purposes of impeachment or rebuttal, Plaintiff will be so advised. Defendants hereby reserve the right to add to, delete from, or otherwise amend the foregoing list of exhibits, and to present any and all documentary evidence necessary to address or rebut matters put into evidence by Plaintiff at trial.

Respectfully submitted,

*s/William J. Brinkerhoff*
B.J. Brinkerhoff, Attorney No. 24811-53
Olivia N. Daily, Attorney No. 36342-55
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, Indiana 46204
Telephone: (317) 220-6290
Facsimile: (317) 220-6291
bjbrinkerhoff@jbjlegal.com
odaily@jbjlegal.com

*Counsel for Defendants Cargo Solution Express Inc.,
Sharif Chowdhury and Balwinder K. Kang*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2023 a copy of the foregoing was filed electronically with the Clerk of the Court via the ECF/CM system which sent notification of such filing to the following:

| | |
|---|---|
| Eliza R. Gordner | gordner@carsonllp.com |
| Rebecca S. Kleber | kleber@carsonllp.com |
| Briana L. Clark | briana.clark@dentons.com |
| Zechariah Lee Banks | zechariah.banks@dentons.com |

*s/William J. Brinkerhoff*
B.J. Brinkerhoff

5