**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JOSIE BELANGER, as guardian of the person and estate of JOSEPH MAGEE, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.:  1:22-cv-002092-JMS-MG |
| CARGO SOLUTION EXPRESS INC., SHARIF CHOWDHURY, BALWINDER K. KANG and NATIONAL BENEFIT SERVICES, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, hereby ORDERS this matter DISMISSED WITH PREJUDICE, the parties to bear their own attorneys' fees and costs [45].

Date: 12/27/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to all counsel via CM/ECF.